# VIOLATION OF SUPERVISION PROCEEDINGS MINUTE SHEET

| | | | | |
|---|---|---|---|---|
| | Time In/Out: | **1:45pm – 1:55pm`** | Court Time: | **10 min** |
| | Date: | **June 29, 2020** | | |
| Cr. No. | **13-1140 WJ** | USA v. | **Sheldon David Weisman** | |
| | The Honorable | **Chief Judge William P. Johnson** | | |

| Clerk: | **R. Garcia** | Court Reporter: | **M. Loughran** |
|---|---|---|---|
| Defendant: | **Present** | Defendant's Counsel: | **Wayne Baker** |
| AUSA: | **Niki Tapia-Brito** | Probation Officer: | **Laina Romero** |
| VSR Held: | **Albuquerque-Zoom** | Interpreter: | **N/A** |

## ADMISSION OR DENIAL OF PETITION'S ALLEGATIONS

| | |
|---|---|
| **X** | Court questions Defendant regarding voluntary nature of admission. |
| **X** | Court finds Defendant competent to proceed |
| **X** | Court advises Defendant of his/her rights |
| **X** | Court advises / confirms Defendant is aware of charges and possible penalty: |
| **X** | Defendant **ADMITS** violation: by failing to report to his probation officer upon his release from imprisonment |
| **X** | Proceed to sentencing |
| | Violation Report **WAIVED / NOT WAIVED** |
| | Other: |

## SENTENCE IMPOSED

| Supervision imposed: | | Imprisonment: | 12 months | Supervised Release: | None imposed |
|---|---|---|---|---|---|

## SPECIAL CONDITIONS

| | |
|---|---|
| | |

## OTHER

| | |
|---|---|
| **X** | **ADVISED OF** Appeal Rights |
| **X** | **HELD IN CUSTODY** |
| | Recommended place of incarceration: |

| NOTES: | **The Court finds a Zoom hearing is in the interest of justice and public safety.** |
|---|---|
| | **Mr. Baker advises his client will admit to violation.** |
| | **PO recommends 12 months custody with no supervision to follow.** |
| | **Ms. Tapia-Brito concurs with PO's recommendation.** |
| | **Mr. Baker concurs with PO's recommendation.** |
| | **Defendant addresses the Court.** |
| | **The Court ask if the Government would be opposed the Court imposing with 12 months and 1 day, so the Defendant can earn good time credit.** |
| | **Mr. Tapia-Brito would be opposed.** |
| | **Mr. Baker notes agreement was for 12 months and will abide by the 12 months.** |